Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
## District of
## Division

FILED ___ LODGED
RECEIVED ___ COPY

NOV - 2 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Case No. CV-23-492-TUC-BGM

*(to be filled in by the Clerk's Office)*

__Amar Gueye__
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

- Doug McMillon v. and Walmart
- Devin McGranahan and Western Union
- Lina Khan and Federal Trade Commission

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

PLEASE SEE ATTACHED WESTERN UNION RECEIPT # 891 909 1286

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)** MR. AMAR GUEYE

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MR. AMAR GUEYE - MRS. KISNER c/o AMAR GUEYE |
| Street Address | 316 W FT Lowell Dr. |
| City and County | Mail Drop 5222 - Tucson - AZ |
| State and Zip Code | 85705 - 85705 |
| Telephone Number | |
| E-mail Address | Papadgo46@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: DOUG McMillon & WALMART
- Job or Title (if known): CEO OF WALMART
- Street Address: 702 S.W 8th ST Bentonville AK
- City and County: Bentonville, ARKANSAS
- State and Zip Code: Arkansas 72716
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: DEVIN McGRANAHAN
- Job or Title (if known): CEO OF WESTERN UNION
- Street Address: 7001 E. BELLEVIEW, DENVER CO
- City and County: 80237
- State and Zip Code: 80237
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: LINA M KHAN
- Job or Title (if known): HEAD OF U.S. FEDERAL TRADE COMMISSION
- Street Address: 600 Pennsylvania Ave
- City and County: N.W. WASHINGTON DC 20024
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

---

b. If the defendant is a corporation

The defendant, (name) DEVIN McGRANAHAN — WESTERN UNION, is incorporated under the laws of the State of (name) 7001 E. BelleVIEW, and has its principal place of business in the State of (name) DENVER, CO 80237.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy $1100.00 WITH INTERESTS & PENALTIES PLUS HUMILIATION WORTH TEN MILLION DOLLARS!

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain):

I SENT ELEVEN HUNDRED DOLLARS TO MAME BOU KEITA, IN SENEGAL TO FINISH THE CONSTRUCTION OF MY FAMILY HOUSE THAT WAS STARTED BY MY YOUNGER BROTHER WHO PASSED 2 months AGO - WESTERN UNION BLOCKED THE MONEY ACCORDING TO WALMART EMPLOYEE NAME MILIDIA AT 3435 E. BROADWAY B TUCSON - AZ 85706 - THE NEXT DAY MILIDIA CALL Western Union AND SPOKE MICHAEL WHO REFUSED TO GIVE HIS LAST NAME

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

> MICHAEL'S REP ID # IS 266 per HIS OWN WORD. HE SAID WESTER UNION BLOCKED MY $1100.00 BECAUSE IT HAS THE RIGHT TO SUSPECT ME AND MAME BOU KEITA, (RECIPIENT) BECAUSE SENEGAL IS ON THE LIST OF HIGH THEFTS. WELL, IT TAKES A THIEF TO KNOW ANOTER ONE - MICHAEL SAID THAT MILIDIA CAN REFUND ME MY ELEVEN HUNDRED - MILIDIA SAID HER REGISTER WAS BLOCKED AND TO COME BACK IN 5-10 MINUTES - I CAME BACK, 5 MINUTES MILIDIA AND HER SUPERVISOR TAYANDA SAID MY MONEY WAS PICKED UP IN SENEGA

IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. THAT IS A LIE!!!

THEN, TAYANDA AND ONE OF HER CUSTOMERS BULLIED ME, CALLED ME ALL TYPES OF RACIST NAMES AND TO GO BACK TO MY COUNTRY AFTER THEY STOLE MY $1100.00 AND TRIED TO INTIMIDATE ME BY CALLING THE SHERIFF. PLEASE SEE COMPLAINT TO ARIZON ATTORNEY GENERAL & COLORADO ATT. GEN &

Page 4 of 5

Case 4:23-cv-00492-BGM   Document 1   Filed 11/02/23   Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: NOVEMBER 2, 2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: MR. AMAR GUEYE

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____



```
Western Union (R)
RECEIPT/RECIBO
Thank you/Gracias

TRACKING NUMBER (MTCN)/NO. DE
RASTREO:

891-909-1236

FOR CUSTOMER SERVICE, PLEASE CALL
1-844-982-4287/Para atención al
cliente, llame al 1-844-982-4287
WAL*MART 3804
3435 EAST BROADWAY B
TUCSON, AZ 8571600000
Money Transfer/Envio de Dinero
Operator ID/ID Operador:
2135
****************************

Date of Transactions/Fecha de las
transacciones:
10-31-2023
Time of Transactions/Hora de las
transacciones:
02:40:26 PM
Sender/Remitente:
AMAR GUEYE
2101 GRANDIN ROAD
APT 218
CINCINNATI, OH 45208
1 2069790094

Final Receiver/Destinatario Final:
MAME BOU KEITA

Expected Foreign Country Payout
Location/Localidad de Pago en el
extranjero:
Senegal/Senegal
Service Type/Tipo de Servicio:
Money in Minutes/DINERO EN MINUTOS

Date Available in Final
Receiver's Country/Fecha
Disponible en el País del
Destinatario Final:
10-31-2023

Transfer Amount/Monto de Envio:
1090.00 USD
Transfer Fees/Cargos de Envio:
+ 12.00 USD

Additional Fees/Cargos Adicionales:
+ 0.00 USD
Transfer Taxes/Impuestos:
+ 0.00 USD

Promotion Discount/Descuento
Promocional:
- 0.00 USD

Total/Total: 1102.00
USD

Exchange Rate/Tipo de Cambio: 1 USD
=
612.214 XOF
```